1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| In re First American Financial Corporation Cases | Case Nos. 19-cv-01022<br>19-cv-01040<br>19-cv-01105<br>19-cv-01180<br>19-cv-01293<br>19-cv-01305<br>19-cv-01533<br>19-cv-08672<br><br>Hon. Dale S. Fischer<br>Courtroom 7D<br>Hon. Charles F. Eick<br><br>**[~~PROPOSED~~] PROTECTIVE ORDER** |

114146567

1

<u>ORDER</u>

2

FOR GOOD CAUSE SHOWN, discovery in these actions shall conform to

3

the terms and provisions of the Stipulated Protective Order filed concurrently

4

herewith.

5

6

7

Dated: February _10_, 2020

8

9

10

United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -