## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FIRST AMERICAN FINANCIAL CORPORATION CASES<br><br>This Document Relates to ALL CASES | CASE NOS.:<br><br>8:19-cv-01040-DSF-E<br>8:19-cv-01105-DSF-E<br>8:19-cv-01180-DSF-E<br>8:19-cv-01293-DSF-E<br>8:19-cv-01305-DSF-E<br>8:19-cv-01533-DSF-E<br><br>**ORDER THAT INTERIM LEAD COUNSEL IVY NGO PROVIDE INFORMATION CONCERNING HER CURRENT LAW FIRM** |

  On January 13, 2020, the Court appointed Jordan Estenson of Estenson Law and Ivy T. Ngo of Franklin D. Azar and Associates, P.C. as interim co-lead counsel. In appointing Ngo, the Court relied significantly on Ngo's association with the Azar firm, her leadership of the firm's Class Action Practice Group, the financial resources of the firm, and the class action, business, and trial experience of its members Sean Nation and Paul Wood. See Forney v. First American Financial Corp., CV 19-1180 DSF (Ex) at docket 25. Ngo herself does not appear to have trial experience. See id. at docket 32-2.

  Less than one month later, as a status conference was about to end, Ngo stated: "I apologize. I just wanted to give you a heads-

up that I am changing firm affiliation, and we'll be filing that within a week."[1] Ms. Ngo acknowledged that she would have to provide information concerning her new firm to support the Court's continued approval of her appointment as interim co-lead counsel. The minutes of that February 10 conference confirmed: "Ms. Ngo is to provide information concerning her new firm."

Nearly two months have passed since that conference. Though the firm affiliation has been changed on the docket[2], Ngo has not filed a request for substitution seeking permission for the change, nor has she provided the information ordered by the Court.

Due to these changed circumstances, the Court is no longer satisfied that Ngo is appropriate to act as interim co-lead counsel. Ngo is ordered to provide the appropriate paperwork to substitute her present firm, and the firm is to provide a complete response to the Order to Show Cause re Adequacy of Counsel. Id. at docket 21.

That Ngo joined the Azar firm in January 2018 – but left it only two years later and less than one month after being named interim co-lead counsel – is also a matter of concern. Ngo is to file an explanation of the circumstances under which she left the Azar firm, which may be filed in camera.

The required information is to be filed no later than April 17, 2020, as the Court must obviously decide whether Ngo will be

---

[1] It is not clear whether Ngo had already moved to her new firm at the time of the conference.

[2] The docket indicates Ngo's firm is Garner & Associates LLP. The California State Bar website lists Ngo's firm as Garner Law Office.

permitted to continue as interim co-lead counsel, or whether new counsel must be found.

   IT IS SO ORDERED.

Date: April 6, 2020

                                            Dale S. Fischer
                                            United States District Judge