# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FIRST AMERICAN FINANCIAL CORPORATION CASES | No. 8:19-cv-01105-DSF (Ex)<br><br>ORDER RE IVY NGO |

On January 13, 2020, the Court appointed Jordan Estenson of Estenson Law and Ivy T. Ngo of Franklin D. Azar and Associates, P.C. as interim co-lead counsel.  In appointing Ngo, the Court relied significantly on Ngo's association with the Azar firm, her leadership of the firm's Class Action Practice Group, the financial resources of the firm, and the class action, business, and trial experience of its members Sean Nation and Paul Wood.  See Forney v. First American Financial Corp., CV 19-1180 DSF (Ex) at docket 25.  Ngo herself does not appear to have trial experience.  See id. at docket 32-2.

Less than one month later, as the February 10 status conference was about to end, Ngo stated: "I apologize. I just wanted to give you a heads-up that I am changing firm affiliation, and we'll be filing that within a week."[1]  Ms. Ngo acknowledged that she would have to provide information concerning her new firm to support the Court's continued approval of her appointment

---

[1] It is not clear whether Ngo had already moved to her new firm at the time of the conference.

as interim co-lead counsel. The minutes of that February 10 conference confirmed: "Ms. Ngo is to provide information concerning her new firm."

Nearly two months passed, and although the firm affiliation was changed on the docket[2], Ngo had not filed a request for substitution seeking permission for the change, nor had she provided the information ordered by the Court. The Court issued an order stating that, due to these changed circumstances, the Court was no longer satisfied that Ngo is appropriate to act as interim co-lead counsel. Ngo was ordered to provide the appropriate paperwork to substitute her present firm,[3] and the firm was ordered to provide a complete response to the Order to Show Cause re Adequacy of Counsel.

As the Court previously indicated, that Ngo joined the Azar firm in January 2018 – but left it only two years later and less than one month after being named interim co-lead counsel – was also a matter of concern. Ngo was to file an explanation of the circumstances under which she left the Azar firm, which the Court permitted to be filed in camera. Ngo filed a response providing information concerning her present law firm. Clearly that firm does not have sufficient experience to handle a class action of this nature – or perhaps to handle any class action at all. In addition, Ngo failed to file the required information of the circumstances under which she left the Azar firm. Instead of filing the required information in camera, Ms. Ngo simply sent it to the chambers

---

[2] The docket indicates Ngo's firm is Garner & Associates LLP. The California State Bar website lists Ngo's firm as Garner Law Office.

[3] Although Ngo changed her firm affiliation on the docket, she did not seek permission to substitute the Garner Law Office for the Azar firm – and still has not done so.

email address. The information did nothing to alleviate the Court's concerns.

The Court will hold an in camera telephonic conference call with Ngo on June 15, 2020 at 9:00 a.m. The Court will determine after the call whether it is appropriate for Ngo to continue as interim co-lead counsel, and if so, whether it is appropriate to permit Ngo to keep whatever information is provided to the Court confidential, or whether the information must be provided at least to all plaintiffs and their counsel.

Ngo is ordered to serve this Order on all counsel representing plaintiffs in the First American cases that are still active.

IT IS SO ORDERED.

Date: May 26, 2020

                                          Dale S. Fischer
                                          United States District Judge