# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FIRST AMERICAN FINANCIAL CORPORATION CASES | CASE NOS.:<br><br>8:19-cv-01105-DSF (Ex)<br>8:19-cv-01180-DSF (Ex)<br>8:19-cv-01305-DSF (Ex)<br>8:19-cv-01533-DSF (Ex)<br><br>ORDER THAT ROCHE CYRULNIK FREEDMAN LLP RESPOND TO THE ORDER TO SHOW CAUSE RE ADEQUACY OF COUNSEL |

    The Court previously appointed Ivy Ngo as interim co-lead counsel, relying significantly on her association with Franklin D. Azar and Associates, P.C., her leadership in the firm's Class Action Practice Group, the financial resources of the firm, and the class action, business, and trial experience of its members Sean Nation and Paul Wood.  Therefore, whether Ngo may now continue as interim co-lead counsel depend on whether the firm she has recently joined (the third since the Court appointed her) is adequate to provide the support and skills she lacks.

    Roche Cyrulnik Freedman LLP (RCF) is therefore ordered to respond to the Order to Show Cause re Adequacy of Counsel at docket # 23.  The response must be prepared and signed by a partner of RCF and must provide information as to RCF and all RCF attorneys who will seek to be named as class counsel in this litigation.  As RCF has only recently been formed, the Court particularly notes the language at

page 4 of the Order to Show Cause, which requires that counsel provide "all information responsive to items 4, 5, and 6 regarding any applicable case or circumstance involving a former law firm but based in whole or in part on the conduct of the individual attorney seeking here to be named as class counsel."

RCF must file its response to this Order to Show Cause no later than July 6, 2020.

The Court also notes that Ngo provided a detailed proposal for terms for Attorney's Fees and Nontaxable Costs. That proposal must be updated and approved by RCF no later than July 6, 2020. As Ngo's office address is now even further from Los Angeles than it was when she was appointed, the Court expects (and orders) that while traveling, RCF attorneys will perform work on behalf of plaintiffs in this case – or will perform work for other clients and therefore not charge for travel time in this case.

Finally, as it appears Ngo has no trial experience, no later than July 6, 2020, RCF is to identify the attorneys who will try this matter with her if the matter goes to trial and describe their experience to the extent it is not described in response to the Order to Show Cause.

IT IS SO ORDERED.

Date: June 8, 2020

_____
Dale S. Fischer
United States District Judge