# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN DINH,<br>      Plaintiff,<br><br>      v.<br><br>FIRST AMERICAN FINANICAL CORP., et al.,<br>      Defendants. | SACV 19-1105 DSF (Ex)<br><br>JUDGMENT |

The Court having granted Plaintiff's request for dismissal with prejudice after granting a motion to compel arbitration,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 17, 2020

                                        Dale S. Fischer
                                        United States District Judge