JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CAMPBELL and GILLIAN SCHAADT, <br>     Plaintiffs, <br><br> v. <br><br> FIRST AMERICAN FINANICAL CORP., et al., <br>     Defendants. | SACV 19-1105 DSF (Ex) <br> SACV 19-1533 DSF (Ex) <br><br> JUDGMENT |

    The Court having granted Plaintiffs' request for dismissal with prejudice after granting a motion to compel arbitration,

    IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 17, 2020

                                         Dale S. Fischer <br>
                                         United States District Judge