JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAER ABDELRASOUL,<br>        Plaintiff,<br><br>        v.<br><br>FIRST AMERICAN FINANICAL CORP., et al.,<br>        Defendants. | SACV 19-1105 DSF (Ex)<br>SACV 19-1305 DSF (Ex)<br><br>JUDGMENT |

   The Court having granted Plaintiff's request for dismissal with prejudice after granting a motion to compel arbitration,

   IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 17, 2020

_Dale S. Fischer_
Dale S. Fischer
United States District Judge