JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FIRST AMERICAN FINANCIAL CORPORATION CASES | SACV 19-1105 DSF(Ex) <br> SACV 19-1180 DSF(Ex) <br><br> JUDGMENT |
| LASHEEDA FORNEY, <br>     Plaintiff, <br><br> v. <br><br> FIRST AMERICAN FINANCIAL CORPORATION, et al., <br>     Defendants. | |

The Court having granted Plaintiff Lasheeda Forney's motion for voluntary dismissal,

IT IS ORDERED AND ADJUDGED that Forney take nothing and that the action be dismissed without prejudice.

Date: December 3, 2020

                                                *Dale S. Fischer*
                                               Dale S. Fischer
                                               United States District Judge